IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION                                                PLAINTIFFS

    V.                Civil No. 05-5128

QUILTED CARE, LTD. CO.; and
CONCORDIA QUILT, LLC,
d/b/a CONCORDIA CARE CENTER                               DEFENDANTS

## O R D E R

Now on this 21st day of February, 2006, comes on for consideration the above-styled case.

IT APPEARING to the Court that the matter has been settled, counsel for all parties having so advised the Court, it is ORDERED that the case be, and it is hereby, dismissed with prejudice, subject to the terms of the settlement agreement.

The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

IT IS SO ORDERED.

                                        /S/JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE